|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF SOUTH CAROLINA<br>BEAUFORT DIVISION | |
| ALBERT S. WOLOGO,<br><br>   Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY and AEGON USA INVESTMENT MANAGEMENT,<br><br>   Defendants. | C/A No.: 9:17-cv-0157 DCN<br><br>**RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the Consent Amended Scheduling Order filed on March 27, 2017. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

| **PLAINTIFF(S)** | **DEFENDANT(S)** |
|---|---|
| LAW OFFICE OF DARRELL THOMAS JOHNSON, JR., LLC | SMITH MOORE LEATHERWOOD LLP |
|  | s/ Mary B. Ramsay_____ |
| S/ Darrell Thomas Johnson, Jr. | Mary B. Ramsay (Federal ID # 11449) |
| Darrell Thomas Johnson, Jr. (Fed Id # 2190) | 25 Calhoun Street, Suite 250 |
| Joshua R. Fester (Fed Id #12513) | Charleston, South Carolina 29401 |
| 300 Main Street | Ph.: 843.300.6659 |
| Post Office Box 1125 | Fax: 843.300.6759 |
| Hardeeville, South Carolina 29927 | mary.ramsay@smithmoorelaw.com |
| tdjohnson1@hargray.com |  |
| (843) 784-2142 |  |

**Attorneys for Plaintiff**

DRINKER BIDDLE & REATH LLP
David R. Levin (admitted pro hac vice)
1500 K Street N.W., 10th Floor
Washington, DC 20005
Ph.: 202.230.5181
Fax: 202.842.8465
david.levin@dbr.com

**Counsel for Defendants**

CHARLESTON 92748.1