# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| ALBERT S. WOLOGO, <br><br> Plaintiff, <br><br> v. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY and AEGON USA INVESTMENT MANAGEMENT, <br><br> Defendants. | 1:17-cv-00136-MWB <br><br> **Affidavit of David R. Levin required under Section IV of the Supplemental Trial Management Order [ECF Doc. 57]** |

I, David R. Levin, swear or affirm under penalty of perjury:

1. I am one of the attorneys for the Defendants in this matter.

2. I am providing this Affidavit in accordance with section IV of the Supplemental Trial Management Order [ECF Doc. 57].

3. I read Steve D. Susman and Thomas M. Melsheimer, *Trial by Agreement: How Trial Lawyers Hold the Key to Improving Jury Trials in Civil Cases*, 32 REV. LITIG. 431 (2013).

4. I also read *Pretrial Agreements Made Easy*, found at http://trialbyagreement.com/pretrial-agreements/pretrial-agreemetns-made-easy.

5. I am willing to make a good faith effort to apply the basic principles of the Susman and Melsheimer article and the concepts contained in *Pretrial Agreements Made Easy* to this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2018.

*/s/ David R. Levin*
_____
David R. Levin