| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF IOWA<br>CEDAR RAPIDS DIVISION | |
| ALBERT S. WOLOGO,<br><br>Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY and AEGON USA INVESTMENT MANAGEMENT,<br><br>Defendants. | 1:17-cv-00136-MWB<br><br>**AFFIDAVIT OF WILFORD H. STONE REQUIRED UNDER SECTION IV OF THE SUPPLEMENTAL TRIAL MANAGEMENT ORDER [ECF Doc. 57]** |

I, Wilford H. Stone, swear or affirm under penalty of perjury:

    1.    I am one of the attorneys for the Defendants in this matter.

    2.    I am providing this Affidavit in accordance with section IV of the Supplemental Trial Management Order [ECF Doc. 57].

    3.    I read Steve D. Susman and Thomas M. Melsheimer, *Trial by Agreement: How Trial Lawyers Hold the Key to Improving Jury Trials in Civil Cases*, 32 REV. LITIG. 431 (2013).

    4.    I also read *Pretrial Agreements Made Easy*, found at http://trialbyagreement.com/pretrial-agreements/pretrial-agreemetns-made-easy.

    5.    I am willing to make a good faith effort to apply the basic principles of the Susman and Melsheimer article and the concepts contained in *Pretrial Agreements Made Easy* to this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2018.

*/s/ Wilford H. Stone*
Wilford H. Stone

Subscribed and sworn to before me by Wilford H. Stone on this 8th day of January, 2018.

*Kimberly Brown*
Notary Public, State of Iowa


KIMBERLY A. BROWN
COMMISSION NUMBER 743226
MY COMMISSION EXPIRES
10-5-18