IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ALBERT S. WOLOGO, | ) |
| Plaintiff, | ) ) ) No. C17-136-MWB |
| vs. | ) ) AMENDED JUDGMENT |
| TRANSAMERICA LIFE INSURANCE COMPANY and AEGON USA INVESTMENT MANAGEMENT, | ) IN A CIVIL CASE ) ) ) |
| Defendants. | ) ) |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED

Plaintiff take nothing and this case is dismissed.

IT IS FURTHER ORDERED AND ADJUDGED

Judgment is entered in favor of Defendant Transamerica Life Insurance Company on its counterclaim against Plaintiff Albert S. Wologo in the amount of Two Hundred Thirty-Eight Thousand Four Hundred Forty-Six Dollars and fifty-one cents ($238,446.51), plus interest, costs, and attorney's fees.

Dated: 2.9.18

ROBERT L. PHELPS
Clerk

/s/ des
(By) Deputy Clerk

APPROVED BY:

MARK W. BENNETT
District Court Judge