IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ALBERT S. WOLOGO, | )<br>) |
| Plaintiff, | ) C17-136-MWB<br>) |
| vs. | )<br>) |
| | ) **SECOND AMENDED JUDGMENT** |
| TRANSAMERICA LIFE INSURANCE<br>COMPANY and AEGON USA<br>INVESTMENT MANAGEMENT, | ) **IN A CIVIL CASE**<br>)<br>)<br>) |
| Defendants. | ) |

This matter came before the Court and

**IT IS ORDERED AND ADJUDGED**

Plaintiff take nothing and this case is dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendant Transamerica Life Insurance Company on its counterlcaim against Plaintiff Albert S. Wologo in the amount of Two Hundred Thirty-Eight Thousand Four Hundred Forty-Six Dollars and fifty-one cents ($238,446.51), plus interest in the amount of Twenty-Eight Thousand One Hundred and Eighty Dollars and fifty-four cents ($28,180.54) accrued through February 28, 2018, plus a monthly interest accrual of the lesser of the flat amount of Six Hundred and Seventy-Five Dollars and forty-five cents ($675.45) or 0.25% of the outstanding principal balance beginning March 1, 2018, and costs. Defendant Transamerica Life Insurance Company shall take nothing on its claim for attorney fees.

| | ROBERT L PHELPS |
|---|---|
| APPROVED AS TO FORM: | Clerk |
| *Mark W. Bennett* (signature) | /s/ mml<br>(By) Deputy Clerk |
| MARK W BENNETT<br>U.S. DISTRICT JUDGE<br>NORTHERN DISTRICT OF IOWA | 3.15.18<br>Date |