# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| ALBERT S. WOLOGO, <br><br> Plaintiff, <br><br> v. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY and AEGON USA INVESTMENT MANAGEMENT, <br><br> Defendants. | 1:17-cv-00136-MWB <br><br><br> **DEFENDANT'S RULE 60(b)(1) MOTION FOR RELIEF FROM A JUDGMENT OR ORDER** |

Pursuant to Federal Rule of Civil Procedure 60(b)(1), Defendant Transamerica Life Insurance Company ("Transamerica"), moves the Court to relieve it from a final order for the following reasons, and states:

1. On March 13, 2018, Transamerica submitted its [First] Calculation of Interest Due on the Promissory Notes and Calculation of Reasonable Attorney Fees [ECF No. 71], (hereinafter "[First] Calculation").

2. By Text Order filed March 13, 2018, the Court rejected Transamerica's [First] Calculation, explaining that, "although the request for interest is adequately supported, the request for attorney fees fails to comply with Northern District of Iowa Local Rule 54A(a)." The Court further stated that, "both requests are denied without prejudice to avoid entry of piecemeal judgments."

3. On March 14, 2018, Transamerica submitted its [Second] Calculation of Attorney Fees [ECF No. 73] (hereinafter "[Second] Calculation"), which included an additional item entitled "Local Rule 54A Attorney Fee Summary," listing total hours and fees for each attorney and paralegals involved in the case, broken down by the categories defined by Local Rule 54A.

4. On March 15, 2018, [ECF No. 74], Judge Bennett granted in part and denied in part Transamerica's [Second] Calculation. The Court granted Transamerica's request for interest due on the Promissory Notes, but denied the request for attorney fees in its entirety "for failure, on Transamerica's second attempt, to comply with Northern District of Iowa Local Rule 54A(a)." (See [ECF No. 74], p. 4 of 4.)

5. In his March 15, 2018 Order, the Court stated that, "despite a warning and a second bite at the apple," the Court found that the supplemental request for attorney fees failed to comply with Local Rule 54A, stating that it was unable to tell "how much time was expended on any specific task, such as a specific pleading, motion, or brief, or research for that specific task." (See [ECF No. 74], p. 3 of 4.)

6. Pursuant to Fed. R. Civ. P. 60(b)(1), the undersigned requests that the Court relieve Transamerica from the Court's March 15, 2018 Opinion and Order denying Transamerica's request for attorney fees in its entirety, for the following reasons:

   a) The "invoices" in support of attorney fees were inadvertently not attached to the [First] Calculation. See paragraph 7 at ECF No. 71-3. The undersigned attorney mistakenly believed the Court's comments in its March 13, 2018, Text Order [ECF No. 72], regarding the [First] Calculation, were referring to the undersigned's failure to include a "Local Rule 54A Attorney Fee Summary";

   b) The undersigned attorney engaged in "excusable neglect" by failing to correctly interpret the Court's March 15, 2018 Text Order, and believed that he had complied in good faith with the Court's Order by filing a "Local Rule 54A Attorney Fee Summary";

c) The undersigned attorney believes that his mistaken interpretation of the Court's March 13, 2018 Text Order, and failure to attach the invoices to the [First] calculation is a proper justification for relief under Rule 60(b)(1);

d) A supplemental affidavit of Wilford H. Stone is attached in support of this Motion for Relief.

WHEREFORE, for the reasons stated above and in the attached Brief In Support of the Motion for Relief from a Judgment or Order, the undersigned requests that the Court set aside that portion of its March 15, 2018 Order Denying Attorney Fees [ECF No. 74 and 75], and award Transamerica reasonable attorney fees pursuant to Local Rule 54A based on the attached itemization including the required detailed listing of the time claimed for each specific task and the hourly rates claimed.

/s/ Wilford H. Stone
WILFORD H. STONE,  AT0007699
LYNCH DALLAS, P.C.
526 Second Avenue SE
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone:  319.365.9101
Facsimile:  319.866.9721
E-Mail:  wstone@lynchdallas.com

Counsel for Defendants Transamerica Life Insurance Company and AEGON USA Investment Management LLC