# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| ALBERT S. WOLOGO,<br><br>Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY and AEGON USA INVESTMENT MANAGEMENT,<br><br>Defendants. | 1:17-cv-00136-MWB<br><br><br>**SUPPLEMENTAL AFFIDAVIT OF WILFORD H. STONE IN SUPPORT OF THE RULE 60(b)(1) MOTION FOR RELIEF FROM A FINAL JUDGMENT OR ORDER** |

For his Supplemental Affidavit in Support of the Rule 60(b)(1) Motion for Relief from a Final Judgment or Order, Wilford H. Stone states:

1.     I am the attorney responsible for preparing Transamerica's [First] and [Second] Calculation of Reasonable Attorney Fees (hereinafter "[First] Calculation" and "[Second] Calculation", respectively).

2.     When I read the Court's March 13, 2018, Text Order, rejecting Transamerica's [First] Calculation of Reasonable Attorney Fees because it failed to comply with Northern District of Iowa Local Rule 54A(a), I promptly re-read Local Rule 54A and, in good faith, believed the [First] Calculation had failed to include a "Local Rule 54A Attorney Fee Summary."

3.     After reading the Court's March 13, 2018, Text Order, I then promptly filed a [Second] Calculation of Attorney Fees that I, in good faith, believed would cure the deficiency in the [First] Calculation of Attorney Fees.

1

4. As I learned in reading the Court's March 15, 2018, Order denying attorney fees [ECF No. 74], I was mistaken in my interpretation of the Court's March 13, 2018, Text Order, for the reasons stated in its Order.

5. Furthermore, after reading the Court's March 15, 2018, Order, I realized that I had attached only the itemization and not the "invoices" referenced in paragraph seven of my Affidavit [ECF 71-3].

6. My failure to include the "invoices" in the [First] Calculation was inadvertent, and a mistake on my part. My failure to notice it the second time was similarly a mistake on my part, as I believed in good faith that the deficiency in the [First] Calculation was my failure to include a "Local Rule 54A Attorney Fee Summary." I failed to notice that the invoices had not been attached.

7. I genuinely believed the Court's March 13, 2018, Text Order, referenced the failure to include a "Local Rule 54A Attorney Fee Summary."

8. This genuine belief is substantiated by my prompt filing of the [Second] Calculation of Attorney Fees adding the "Local Rule 54A Attorney Fee Summary."

9. I filed the [Second] Calculation of Attorney Fees believing that I had cured the deficiency in the [First] Calculation of Attorney Fees.

10. I did not identify either of these mistakes until reading the Court's March 15, 2018, Order.

11. I have never willfully violated a court order, nor did I intend to do so here.

12. Because of my mistake, inadvertence, or "excusable neglect," I am requesting that the Court vacate that portion of its March 15, 2018, Order denying attorney fees and permit me

2

to submit the invoices to the Court that include a detailed listing of the time claim for each specific task and the hourly rate claimed.

13. I have attached the invoices to this Supplemental Affidavit, and if the Court vacates that portion of the March 15, 2018, Order denying the request for attorney fees in its entirety, I request that the Court consider the invoices and itemization in granting the calculation of attorney fees.

14. I know the Court stated it wanted to avoid piecemeal entry of judgment. I am embarrassed at my failure to file the appropriate documents the first time in support of the calculation of attorney fees. I compounded my mistake by misinterpreting the Court's March 13, 2018, Text Order. I apologize to the Court.

WILFORD H. STONE, AT0007699

Subscribed and sworn to before me on this 22nd day of March, 2018.

ERIKA CONRAD
Commission Number 774641
My Commission Expires
9/4/2018

Notary Public, State of Iowa

3

| | |
|---|---|
| ALBERT S. WOLOGO,<br><br>Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY and AEGON USA INVESTMENT MANAGEMENT,<br><br>Defendants. | 1:17-cv-00136-MWB<br><br>**DEFENDANT'S SUPPLEMENTAL LOCAL RULE 54A ATTORNEY FEE SUMMARY AND ITEMIZATION OF INVOICES** |

Defendant Transamerica submits an itemized statement, prepared by the undersigned attorney, which contains the number of hours spent by its attorneys and paralegals and their hourly rates for each specific task and is intended to supplement Exhibit 4 previously submitted. Please see the detailed listing of the time for each specific task, hours spent and hourly rate per timekeeper attached hereto.

| LR 54A CATEGORY | ATTORNEY/ PARALEGAL | HOURS | RATE | TOTALS |
|---|---|---|---|---|
| **Category 1:** | | | | |
| **Drafting pleadings, motions, and briefs** | DRL | 108.2 | $675 | $73,035 |
| | WHS | 5.6 | $225 | $1,260 |
| | CCW | 1.7 | $190 | $323.00 |
| | MDB | 15 | $160 | $2,400.00 |
| | | **130.5** | | **$77,018.00** |
| **Category 2:**<br>**Legal research** | DRL | **11.4** | $675 | **$7,695.00** |
| **Category 3: Investigation** | NOT APPLICABLE | | | |

| | | |
|---|---|---|
| **Category 4: Interviewing** | **NOT APPLICABLE** | |
| **Category 5:** **Trial Preparation** | **NOT APPLICABLE** | |
| **Category 6: Trial** | **NOT APPLICABLE** | |

**TOTAL HOURS:** 141.9

**TOTAL FEES:** **$84,713.00**

## TOTAL FEES PER TIMEKEEPER:

| | | |
|---|---|---|
| DRL | David R. Levin, Attorney ($675 per hour) | $80,730.00 |
| WHS | Wilford H. Stone, Attorney ($225 per hour) | $1,260.00 |
| CCW | Cassandra C. Wolfgram, Attorney ($190 per hour) | $323.00 |
| MDB | Michelle D. Barnes, Paralegal ($160 per hour) | $2,400.00 |
| | **TOTAL:** | **$84,713.00** |

| LR 54A Category | DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | RATE | FEES |
|---|---|---|---|---|---|---|
| **Category 1: Drafting pleadings, motions, and briefs** | | | | | | |
| Drafting pleadings, motion, briefs | 1/23/2017 | DRL | Draft motion to dismiss and transfer, supporting memorandum of law and declaration, and proposed order. | 5.6 | $675 | $3,780.00 |
| Drafting pleadings, motion, briefs | 1/23/2017 | DRL | Prepare exhibits in support of motion to dismiss or transfer. | 0.3 | $675 | $202.50 |
| Drafting pleadings, motion, briefs | 1/24/2017 | DRL | Revise brief in support of motion to dismiss. | 1.2 | $675 | $810.00 |
| Drafting pleadings, motion, briefs | 2/9/2017 | DRL | Draft reply brief in support of motion to dismiss/transfer. | 2.1 | $675 | $1,417.50 |
| Drafting pleadings, motion, briefs | 2/13/2017 | DRL | Review, revise, and finalize reply brief in support of motion to dismiss/transfer. | 0.8 | $675 | $540.00 |
| Drafting pleadings, motion, briefs | 3/29/2017 | DRL | Draft answer, affirmative defenses, and counterclaim. | 3.3 | $675 | $2,227.50 |
| Drafting pleadings, motion, briefs | 3/30/2017 | DRL | Draft Rule 26(a) disclosures. | 2.7 | $675 | $1,822.50 |
| Drafting pleadings, motion, briefs | 3/31/2017 | DRL | Revise counterclaim. | 0.2 | $675 | $135.00 |
| Drafting pleadings, motion, briefs | 4/3/2017 | DRL | Revise counterclaim. | 0.3 | $675 | $202.50 |
| Drafting pleadings, motion, briefs | 4/4/2017 | DRL | Revise counterclaim and related emailing with D. Goodman and L. Algiers. | 0.3 | $675 | $202.50 |
| Drafting pleadings, motion, briefs | 4/13/2017 | DRL | Revise draft Rule 26(a) disclosures and related emailing with D. Goodman. | 0.3 | $675 | $202.50 |
| Drafting pleadings, motion, briefs | 4/19/2017 | DRL | Finalize Rule 26(a) dislosures and related emailing with M. Ramsay. | 0.2 | $675 | $135.00 |
| Drafting pleadings, motion, briefs | 5/1/2017 | DRL | Draft renewed motion for transfer, supporting memorandum of law, and proposed order. | 1.1 | $675 | $742.50 |
| Drafting pleadings, motion, briefs | 5/3/2017 | DRL | Draft interrogatories and document production requests. | 1.5 | $675 | $1,012.50 |
| Drafting pleadings, motion, briefs | 5/16/2017 | DRL | Draft reply brief in support of renewed motion to transfer. | 2.2 | $675 | $1,485.00 |
| Drafting pleadings, motion, briefs | 6/14/2017 | DRL | Analyze summary judgment issues and prepare related notes. | 0.4 | $675 | $270.00 |
| Drafting pleadings, motion, briefs | 6/15/2017 | DRL | Review plaintiff's discovery responses and related document production. | 1.6 | $675 | $1,080.00 |
| Drafting pleadings, motion, briefs | 6/15/2017 | DRL | Prepare notes for summary judgment regarding plaintiff's written discovery responses. | 0.3 | $675 | $202.50 |
| Drafting pleadings, motion, briefs | 6/22/2017 | DRL | Prepare notes for summary judgment from review of documents. | 0.6 | $675 | $405.00 |
| Drafting pleadings, motion, briefs | 6/26/2017 | DRL | Review documents to be produced and prepare related notes for dposition defense preparation and for summary judgment. | 0.9 | $675 | $607.50 |
| Drafting pleadings, motion, briefs | 6/27/2017 | DRL | Analyze summary judgment issues and prepare related notes. | 0.6 | $675 | $405.00 |
| Drafting pleadings, motion, briefs | 6/28/2017 | DRL | Analyze summary judgment issues and prepare related notes. | 0.7 | $675 | $472.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Drafting pleadings, motion, briefs | 6/29/2017 | DRL | Review documents to prepare for summary judgment and prepare related notes. | 1.7 | $675 | $1,147.50 |
| Drafting pleadings, motion, briefs | 6/30/2017 | DRL | Review materials from L. Algiers regarding payments to plaintiff and related telephone conference with L. Algiers. | 0.8 | $675 | $540.00 |
| Drafting pleadings, motion, briefs | 7/11/2017 | DRL | Review documents for summary judgment motion and prepare related notes. | 2.3 | $675 | $1,552.50 |
| Drafting pleadings, motion, briefs | 7/14/2017 | DRL | Review documents and prepare related notes for summary judgment motion. | 0.9 | $675 | $607.50 |
| Drafting pleadings, motion, briefs | 8/31/2017 | DRL | Review record and draft statement of facts for summary judgment motion. | 1.6 | $675 | $1,080.00 |
| Drafting pleadings, motion, briefs | 11/16/2017 | DRL | Review defendants' written discovery responses to prepare statement of material facts for summary judgment. | 1.6 | $675 | $1,080.00 |
| Drafting pleadings, motion, briefs | 12/4/2017 | DRL | Draft motion for summary judgment motion (1.3); Draft statement of material facts (2.6); Review parties' document production for statement of material facts (.9). | 4.8 | $675 | $3,240.00 |
| Drafting pleadings, motion, briefs | 12/5/2017 | DRL | Review document production in preparation of statement of material facts not in dispute for summary judgment (3.6); review document production in preparation of statement of material facts not in dispute for summary judgment (.8); review document production in preparation of statement of material facts not in dispute for summary judgment (2.4). | 6.8 | $675 | $4,590.00 |
| Drafting pleadings, motion, briefs | 12/11/2017 | DRL | Continue review of documents produced in preparation of statement of material facts in support of summary judgment (.9); review document production to prepare statement of material facts in support of motion for summary judgment (4.9); draft motion for summary judgment (.6) | 6.4 | $675 | $4,320.00 |
| Drafting pleadings, motion, briefs | 12/13/2017 | DRL | Continue record review to prepare statement of material facts in support of summary judgment. | 6.4 | $675 | $4,320.00 |
| Drafting pleadings, motion, briefs | 12/14/2017 | DRL | Continue record review in preparation of statement of material facts in support of summary judgment. | 3.6 | $675 | $2,430.00 |
| Drafting pleadings, motion, briefs | 12/18/2017 | DRL | Continue record review in preparation of statement of material facts supporting summary judgment motion. | 4.3 | $675 | $2,902.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Drafting pleadings, motion, briefs | 12/19/2017 | DRL | Continue record review and preparation of statement of material facts in support of summary judgment. | 5.4 | $675 | $3,645.00 |
| Drafting pleadings, motion, briefs | 12/20/2017 | DRL | Draft statement of material facts, motion for summary judgment, and supporting affidavits. | 7.8 | $675 | $5,265.00 |
| Drafting pleadings, motion, briefs | 12/21/2017 | DRL | Drafting statement of material facts and affidavits for P. Melchert, S. Sackett, and J. Whitehead in support of summary judgment. | 5.1 | $675 | $3,442.50 |
| Drafting pleadings, motion, briefs | 12/21/2017 | WHS | Review/analyze affidavits and other documents submitted by outside counsel to Transamerica employees for purposes of summary judgment. | 0.2 | $225 | $45.00 |
| Drafting pleadings, motion, briefs | 12/22/2017 | DRL | Draft statement of material facts. | 1.3 | $675 | $877.50 |
| Drafting pleadings, motion, briefs | 12/24/2017 | DRL | Draft Sacket and Melchert affidavits and related revisions to material facts. | 2.6 | $675 | $1,755.00 |
| Drafting pleadings, motion, briefs | 12/25/2017 | DRL | Draft summary judgment brief. | 5.7 | $675 | $3,847.50 |
| Drafting pleadings, motion, briefs | 12/26/2017 | DRL | Draft summary judgment brief. | 5.6 | $675 | $3,780.00 |
| Drafting pleadings, motion, briefs | 12/26/2017 | DRL | Revise motion for summary judgment. | 0.9 | $675 | $607.50 |
| Drafting pleadings, motion, briefs | 12/27/2017 | DRL | Revise summary judgment brief in response to suggestions from D. Goodman and S. Weinberg (.4); draft declarations for P. Melchert, S. Sackett, and J. Whitehead in support of summary judgment (2.2); Draft statement of material facts in support of summary judgment (2.8). | 5.4 | $675 | $3,645.00 |
| Drafting pleadings, motion, briefs | 12/27/2017 | WHS | Review/analyze draft brief in support of motion for summary judgment. | 1.2 | $225 | $270.00 |
| Drafting pleadings, motion, briefs | 1/2/2018 | MDB | Draft/revise motion for summary judgment and supporting documents, including four supporting affidavits and statement of material facts (.8); revise motion for summary judgment (1.0); draft/revise statement of material facts (1.0); draft and identify documents to be included in appendix and begin to compile initial Appendix in support of motion for summary judgment (2.5). | 5.3 | $160 | $848.00 |
| Drafting pleadings, motion, briefs | 1/4/2018 | MDB | Draft/revise statement of material facts (1.5); Identify documents to be included in Appendix, and continue to compile documents for Appendix in support for motion for summary judgment; draft index to Appendix (3.0); Review and revise brief in support of motion for summary judgment (.3). | 4.8 | $160 | $768.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Drafting pleadings, motion, briefs | 1/5/2018 | MDB | Draft/revise Appendix to conform same to filing requirements; revise and finalize statement of facts to include citations to appendix (2.5); Draft/revise statement of facts, brief, and appendix for filing with northern district of Iowa (1.5) | 4 | $160 | $640.00 |
| Drafting pleadings, motion, briefs | 1/7/2018 | WHS | Review/analyze motion for summary judgment, brief, and appendix (.8) | 0.8 | $225 | $180.00 |
| Drafting pleadings, motion, briefs | 1/8/2018 | MDB | Draft/revise and compile documents to be provided to US District Court as required per local rule 10(c)(3) (.3); Draft revise and finalize WHS affidavit in response to compliance with Court Order (.2) | 0.5 | $160 | $80.00 |
| Drafting pleadings, motion, briefs | 1/9/2018 | WHS | Draft/revise draft motion for protective order regarding confidential documents and other information in the appendix (.6) | 0.6 | $225 | $135.00 |
| Drafting pleadings, motion, briefs | 1/16/2018 | WHS | Review/analyze motion for summary judgment and service on plaintiff and time for resistance (.2); review/analyze motion for summary judgment filing date and whether any resistance was timely filed by plaintiff (.2); review/analyze motion for summary judgment and possible draft motion for order consistent with it in the event the plaintiff fails to resist in a timely manner (.4) | 0.8 | $225 | $180.00 |
| Drafting pleadings, motion, briefs | 1/30/2018 | CCW | Draft/revise motion to grant summary judgment without further evidence (.8); Draft/revise report to court and request for ruling (.9). | 1.7 | $190 | $323.00 |
| Drafting pleadings, motion, briefs | 1/30/2018 | WHS | Draft/revise draft motion for order consistent with motion for summary judgment for failure to operatively respond in a timely manner and comply with local rules and review prior motions from other cases and case law (.7). | 0.7 | $225 | $157.50 |
| Drafting pleadings, motion, briefs | 1/31/2018 | MDB | Review/analyze report to court and request for ruling and revise to reference alternative applicable rules of civil procedure. | 0.4 | $160 | $64.00 |
| Drafting pleadings, motion, briefs | 1/31/2018 | WHS | Draft/revise proposed report to the court regarding plaintiff's failure to respond to the motion for summary judgment and request the court enter judgment (.7); Review/analyze prior motions with the court regarding plaintiff's failure to respond to summary judgment and federal rules regarding unresisted statement of material facts for report to the court (.4). | 1.3 | $225 | $292.50 |
| | | | **SUBTOTAL FOR CATEGORY 1:** | 130.5 | | $77,018.00 |

| Category 2: Legal research | | | | | | |
|---|---|---|---|---|---|---|
| Research | 1/17/2017 | DRL | Research regarding possible forum selection amendment and discretion to interpret plan terms. | 0.9 | $675 | $607.50 |
| Research | 1/18/2017 | DRL | Research for motion to dismiss and transfer. | 0.9 | $675 | $607.50 |
| Research | 1/19/2017 | DRL | Research for brief in support of motion to dismiss or transfer. | 2.2 | $675 | $1,485.00 |
| Research | 1/22/2017 | DRL | Research for dismissal of claim under South Carolina Unfair Trade Practices Act. | 1.6 | $675 | $1,080.00 |
| Research | 2/8/2017 | DRL | Research for reply brief in support of our motion to dismiss/transfer. | 1.9 | $675 | $1,282.50 |
| Research | 2/9/2017 | DRL | Research for reply brief in support of motion to dismiss/transfer. | 1.1 | $675 | $742.50 |
| Research | 3/16/2017 | DRL | Research and review documents about Form 1099 issues for summary judgment. | 1.7 | $675 | $1,147.50 |
| Research | 11/17/2017 | DRL | Research regarding bad debt recovery for summary judgment motion. | 1.1 | $675 | $742.50 |
| | | | **SUBTOTAL FOR CATEGORY 2:** | **11.4** | | **$7,695.00** |

| Category 3: Investigation | NOT APPLICABLE |
|---|---|

| Category 4: Interviewing | NOT APPLICABLE |
|---|---|

| Category 5: Trial Preparation | NOT APPLICABLE |
|---|---|

| Category 6: Trial | NOT APPLICABLE |
|---|---|

| **TOTAL HOURS:** | **141.9** | |
|---|---|---|
| **TOTAL FEES:** | | **$84,713.00** |