IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| ALBERT S. WOLOGO, | ) | |
| | ) | |
| Plaintiff, | ) | C17-136-MWB |
| | ) | |
| vs. | ) | |
| | ) | ATTORNEY FEE JUDGMENT |
| TRANSAMERICA LIFE INSURANCE | ) | IN A CIVIL CASE |
| COMPANY and AEGON USA | ) | |
| INVESTMENT MANAGEMENT, | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Attorney fees are hereby awarded to defendant Transamerica Life Insurance Company in the total amount of Sixty Thousand Four Hundred Ninety-four dollars ($60,494.00).

Dated: April 4, 2018

ROBERT L. PHELPS
Clerk

/s/ mml
(By) Deputy Clerk